## Commonwealth *v.* Artiste, Appellant.

Submitted March 18, 1970. *Francis S. Wright, Jr.,* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Barbee, Appellant.

Argued March 24, 1970. *Peter A. Galante,* for appellant; *James D. Crawford,* Deputy District Attorney, with him *Lynne Marsha Abraham,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.